IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James D. Russell,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Western States Asbestos Workers' Pension Plan, et al.,<br><br>　　　　Defendants. | No. CV-12-01229-PHX-NVW<br><br>**ORDER** |

　　　　Plaintiff having failed to respond to the Court's Order (Doc. 5) of September 13, 2012,

　　　　IT IS ORDERED directing the Clerk's Office to dismiss the above-entitled action without prejudice.

　　　　DATED this 17th day of October, 2012.

　　　　　　　　　　_____
　　　　　　　　　　　　　Neil V. Wake
　　　　　　　　　　United States District Judge